United States Bankruptcy Court
Central District of California

In re:                                                                                        Case No. 15-28590-NB
Peter D Zorbas                                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2           User: mbakchell           Page 1 of 2                   Date Rcvd: Dec 07, 2015
                               Form ID: 309I             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2015.
```
db            +Peter D Zorbas,   1150 Freeman Ave,   Long Beach, CA 90804-3805
tr            +Kathy A Dockery (TR),   700 S. Flower Street, Suite 1950,   Los Angeles, CA 90017-4212
smg            Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
36768128      +AT&T Mobility c/o AT&T Svcs Karen C,   Karen Cavagnaro-Lead Paralegal,
               One AT&T Way, Room 3A104,   Bedminster, NJ 07921-2693
36768129       Avis Rent A Car,   6 Sylvan Way,   Parsippany, NJ 07054-3826
36768130      +BofA Loss/Recovery,   Box 982284,   El Paso, TX 79998-2284
36768131      +Ca Check Cashing c/o Jefferson Capi,   Box 7999,   Saint Cloud, MN 56302-7999
36768134      +Ccs/first National Ban,   500 East 60th St N,   Sioux Falls, SD 57104-0478
36768135      +Collection Consultants,   6100 San Fernando Rd Ste,   Glendale, CA 91201-2280
36768137      +Credit Acceptance,   Po Box 5070,   Southfield, MI 48086-5070
36768138      +Directv c/o American InfoSource LP,   Box 51178,   Los Angeles, CA 90051-5478
36768141       Enterprise Rent A Car,   Po Box 842442,   Dallas, TX 75284-2442
36768142       Equifax Information Services, LLC,   PO Box 740256,   Atlanta, GA 30374-0256
36768143      +Experian,   NCAC,   PO Box 9556,   Allen, TX 75013
36768144       Experian,   Profile Maintenance,   PO Box 9558,   Allen, TX 75013-9558
36768151       James Eleopoulos,   C/O Law Office Of Susan M Thom,   PO Box 240,   Seal Beach, CA 90740-0240
36768152       Kwikcash Inc,   9150 Irvine Center Dr,   Irvine, CA 92618-4659
36768153      +LA County Sheriff's Off,   275 Magnolia Ave Room 4000,   Long Beach, CA 90802-2917
36768161      +Puritan Bakery Inc,   Attn: Payroll Dept,   1624 E Carson St,   Carson, CA 90745-2599
36768162      +So Calif Edison Compan,   2131 Walnut Grove Ave,   Rosemead, CA 91770-3769
36768164      +Trans Union Corporation,   Attn: Public Records Department,   555 W Adams St,
               Chicago, IL 60661-3631
36768165       Transunion Consumer Relations,   PO Box 2000,   Crum Lynne, PA 19022
36768168      +US DEPT of Education,   Box 16448,   Atlanta, GA 30321
36768166      +Union Adjustment Co,   3214 W Burbank Blvd,   Burbank, CA 91505-2201
36768167      +Universal Re,   11255 Sunrisegold,   Rancho Cordova, CA 95742-6559
36768169      +Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: tyson@tysonfirm.com Dec 08 2015 02:14:22     Scott Kosner,
               Law Office of Tyson Takeuchi,   1100 Wilshire Boulevard,   Suite 2606,
               Los Angeles, CA  90017
smg            EDI: EDD.COM Dec 08 2015 02:09:00     Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Dec 08 2015 02:08:00     Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA  95812-2952
36768125      +EDI: AFNIRECOVERY.COM Dec 08 2015 02:08:00     Afni, Inc.,   Po Box 3097,
               Bloomington, IL 61702-3097
36768126      +EDI: AIS.COM Dec 08 2015 02:08:00     American InfoSource Lp,   Box 268941,
               Oklahoma City, OK 73126-8941
36768132       EDI: CAPITALONE.COM Dec 08 2015 02:08:00     Cap One,   Po Box 85520,   Richmond, VA 23285
36768139      +E-mail/Text: bknotice@erccollections.com Dec 08 2015 02:14:53     Enhanced Recovery Co L,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
36768145      +EDI: AMINFOFP.COM Dec 08 2015 02:08:00     First Premier Bank,   3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
36768147       EDI: CALTAX.COM Dec 08 2015 02:08:00     Franchise Tax Board,   Personal Bankruptcy MS A340,
               PO Box 2952,   Sacramento, CA 95812-2952
36768150      +EDI: IRS.COM Dec 08 2015 02:09:00     IRS,   Box 7346,   Philadelphia, PA 19101-7346
36768155      +EDI: MERRICKBANK.COM Dec 08 2015 02:08:00     Merrick Bank,   Po Box 9201,
               Old Bethpage, NY 11804-9001
36768156      +EDI: MID8.COM Dec 08 2015 02:08:00     Midland Funding,   8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
36768159      +EDI: PRA.COM Dec 08 2015 02:08:00     PRA,   Box 41067,   Norfolk, VA 23541-1067
36768158      +E-mail/Text: legal@partners-mo.com Dec 08 2015 02:14:49     Partners Col,   403 Axminister,
               Fenton, MO 63026-2941
36768163      +EDI: NEXTEL.COM Dec 08 2015 02:08:00     Sprint,   Box 8077,   London, KY 40742-8077
36768170      +EDI: WFFC.COM Dec 08 2015 02:08:00     Wells Fargo Bank,   Box 5058 MAC P6053-021,
               Portland, OR 97208-5058
36768127      +EDI: AIS.COM Dec 08 2015 02:08:00     american infosourceLP,   Box 248838,
               Oklahoma City, OK 73124-8838
                                                                                           TOTAL: 17
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
36768133*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
36768136*     +Collection Consultants,   6100 San Fernando Rd Ste,   Glendale, CA 91201-2280
36768140*     +Enhanced Recovery Co L,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
36768146*     +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
36768148*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114-0326)
```

```
District/off: 0973-2        User: mbakchell        Page 2 of 2              Date Rcvd: Dec 07, 2015
                           Form ID: 309I           Total Noticed: 43


              ***** BYPASSED RECIPIENTS (continued) *****
36768149*       Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
                 Philadelphia, PA 19101-7346
36768154*      +LA County Sheriff's Off,   275 Magnolia Ave Room 4000,   Long Beach, CA 90802-2917
36768157*      +Midland Funding,   8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
36768160*      +PRA,   Box 41067,   Norfolk, VA 23541-1067
                                                                       TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2015 at the address(es) listed below:
          Kathy A Dockery (TR)    efiling@CH13LA.com
          Scott  Kosner    on behalf of Debtor Peter D Zorbas tyson@tysonfirm.com,
           G1875@notify.cincompass.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                       TOTAL: 3
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Peter D Zorbas** | | Social Security number or ITIN | **xxx–xx–2197** |
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN   _ _ _ _ | |
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Central District of California** | | Date case filed for chapter  **13   12/7/15** | |
| Case number:   **2:15–bk–28590–NB** | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**12/15**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Peter D Zorbas | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1150 Freeman Ave Long Beach, CA 90804 | |
| 4. | **Debtor's attorney** Name and address | Scott Kosner Law Office of Tyson Takeuchi 1100 Wilshire Boulevard Suite 2606 Los Angeles, CA 90017 | Contact phone 2136371566 Email _____ |
| 5. | **Bankruptcy trustee** Name and address | Kathy A Dockery (TR) 700 S. Flower Street, Suite 1950 Los Angeles, CA 90017 | Contact phone (213) 996–4400 Email _____ |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 255 East Temple Street, Los Angeles, CA 90012 | Hours open:  9:00 AM – 4:00 PM Contact phone 855–460–9641 Dated: 12/7/15 |

/

**For more information, see pages 2 and 3**

Debtor  **Peter D Zorbas**                                                                       Case number **2:15–bk–28590–NB**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 15, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**915 Wilshire Blvd., 10th Floor, Meeting Room 1, Los Angeles, CA 90017** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/15/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/14/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/6/16** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.<br><br>Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Hearing on Confirmation of Plan** | The hearing on confirmation will be held on:<br>**2/11/16** at **09:30 AM**, Location: **255 E Temple St., Crtrm 1545, Los Angeles, CA 90012**<br><br>The plan or a summary of the plan will be sent separately by the debtor. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The plan or a summary of the plan will be sent separately by the debtor, and the confirmation hearing will be held on the date shown in line 9 of this notice. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

**For more information, see pages 1 and 3**

Debtor **Peter D Zorbas**                                                                                     Case number **2:15–bk–28590–NB**

| 14. | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
|---|---|---|
| 15. | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| 16. | **Failure to Appear at the Section 341(a) Meeting and Hearing of Confirmation of Chapter 13 Plan** | Appearance by debtor(s) and the attorney for debtor(s) is required at both the section 341(a) meeting and the confirmation hearing. Unexcused failure by the debtor(s) to appear at either the section 341(a) meeting and/or the confirmation hearing may result in dismissal of the case. |
| 17. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see pages 1 and 2**